**WESTERN RIM INVESTMENT ADVISORS, INC., a Nevada Corporation; Western Rim Property Services, Inc., a Nevada Corporation; Western Rim Investment Advisors 97–1, Inc.; Western Rim Investment Advisors 00–2, L.L.C.; Western Rim Limpar Genpar 00–2, L.L.C.; Western Rim Investment Advisors 00–3, L.L.C.; Western Rim Limpar Genpar 00–3, L.L.C.; Western Rim Investment Advisors 01–1, L.L.C.; Western Rim Limpar Genpar 01–1, L.L.C.; WRPS II, Inc., Plaintiffs—Counter Defendants—Appellants—Cross Appellees,**

---

v.

**GULF INSURANCE COMPANY,
Defendant—Counter Claimant—
Appellee—Cross Appellant.**

No. 03–10707.

United States Court of Appeals,
Fifth Circuit.

May 19, 2004.

Robert Lawrence Chaiken, Gregory Steven Gober, Chaiken & Chaiken, Dallas, TX, for Plaintiffs–Counter Defendants–Appellants–Cross–Appellees.

Sidney H. Davis, Jr., Touchstone, Bernays, Johnston, Beall & Smith, Dallas, TX, for Defendant–Counter Claimant–Appellee–Cross–Appellant.

Laura Anne Foggan, Wiley, Rein & Fielding, Washington, DC, Larry Niemann, Niemann & Niemann, Austin, TX, Russell Yager, Todd Andrew Murray, Vinson & Elkins, Dallas, TX, for Amicus Curiae.

Before DAVIS, PRADO and
PICKERING, Circuit Judges.[1]

PER CURIAM.

The court has considered the parties' positions in light of oral argument, the briefs and pertinent portions of the record. Having done so, the court finds no reversible error of fact or law and affirms for essentially the reasons stated by the district court. *See Western Rim Inv. Advis-*

---

1. Pursuant to 5th Cir. R. 47.5, this Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

*ors v. Gulf Ins. Co.*, 269 F.Supp.2d 836 (N.D.Tex.2003).

AFFIRMED.